IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EVELYN FIELDS,

    Plaintiff,

      v.

LOCKE LORD BISSELL &
LIDDELL LLP formerly known as
Lord, Bissell & Brook LLP,

    Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-2984-TWT

<u>ORDER</u>

This is an employment discrimination case. It is before the Court on the Report

and Recommendation [Doc. 86] of the Magistrate Judge recommending granting the

Defendant's Motion for Summary Judgment [Doc. 72]. The Plaintiff was employed

as a legal secretary for an Atlanta law firm. She was fired for insubordination. As set

forth in the thorough and well reasoned Report and Recommendation, the Plaintiff's

complaints about "retaliation" are insufficient to support a claim under Title VII. The

Court approves and adopts the Report and Recommendation as the judgment of the

Court. The Defendant's Motion for Summary Judgment [Doc. 72] is GRANTED.

SO ORDERED, this 27 day of July, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge